IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEDRIC JAMAR DEAN, #197053, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:18-CV-18-WHA |
| ) | (WO) |
| ) | |
| SCOTT SCOLTYS, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On May 8, 2018, the Magistrate Judge entered a Recommendation (Doc. #15) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court;

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 31st day of May, 2018.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE